200 So. 636

### Ben HARDISON v. STATE.

### 4 Div. 194.

Supreme Court of Alabama.

Feb. 27, 1941.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the petition.

J. W. Brassell and W. R. Belcher, both of Phenix City, opposed.

LIVINGSTON, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Hardison v. State, 200 So. 635, wherein a judgment of conviction of murder in the second degree was reversed.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.